COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GILARDI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC., a Foreign Corporation, EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, TRANS UNION LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case Number<br>2:19-cv-00617-RFB-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, John Gilardi ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective

. . .

. . .

. . .

. . .

attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 22nd day of January, 2020.    Dated this 22nd day of January, 2020.

**COGBURN LAW**                           **CLARK HILL PLLC**


By:  /s/Erik W. Fox                       By:  /s/Jeremy J. Thompson
Name: Jamie S. Cogburn, Esq.              Name: Jeremy J. Thompson, Esq.
      Nevada Bar No. 8409                       Nevada Bar No. 12503
      Erik W. Fox, Esq.                         3800 Howard Hughes Parkway
      Nevada Bar No. 8804                       Suite 500
      2580 St. Rose Parkway, Suite 330          Las Vegas, NV 89169
      Henderson, Nevada 89074                   *Attorneys for Equifax Information*
      *Attorneys for Plaintiff*                 *Services LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  23rd of January, 2020.